UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| The College Network, Inc., | : | |
| Plaintiff, | : | Case No. 1:10-cv-0370-JMS-DML |
| -vs- | : | Judge Jane Magnus-Stinson |
| Cincinnati Insurance Company, | : | Mag. Judge Debra McVicker Lynch |
| Defendant and Third-Party Plaintiff, | : | |
| -vs- | : | |
| Shannon Greene, et al., | : | |
| Third-Party Defendants. | : | |

**AMENDED THIRD-PARTY COMPLAINT OF DEFENDANT AND THIRD-PARTY PLAINTIFF CINCINNATI INSURANCE COMPANY AGAINST THIRD-PARTY DEFENDANTS SHANNON GREENE, GENE MURDEN, CLYDE GEBAUER, CHAD RADT, DAMON LUSTER, STARLA MANGOLD, RENE LAGEMANN, BERYL WILDER, CHAD MITCHELL, FRANCIS MURPHY AND NICOLE WATERFORD**

For its Amended Third-Party Complaint, Defendant/Third-Party Plaintiff Cincinnati Insurance Company (Cincinnati) states as follows:

**PARTIES AND JURISDICTION**

1. Cincinnati is an Ohio corporation with its principal place of business located in Fairfield, Ohio.

2. Upon information and belief, Shannon Greene is a citizen of Indiana.

3. Upon information and belief, Gene Murden is a citizen of California.

4. Upon information and belief, Clyde Gebauer is a citizen of California.

5. Upon information and belief, Chad Radt is a citizen of Florida.

6. Upon information and belief, Damon Luster is a citizen of Michigan.

7. Upon information and belief, Starla Mangold is a citizen of Indiana.

8. Upon information and belief, Rene Lagemann is a citizen of Indiana.

9. Upon information and belief, Beryl Wilder is a citizen of California.

10. Upon information and belief, Chad Mitchell is a citizen of Tennessee.

11. Upon information and belief, Francis Murphy is a citizen of New York.

12. Upon information and belief, Nicole Waterford is a citizen of Ohio.

13. This Court has subject matter jurisdiction of Cincinnati's claims against Third-Party Defendants Shannon Greene, Gene Murden, Clyde Gebauer, Chad Radt and Damon Luster under 28 U.S.C. §1332 because Cincinnati and these Third-Party Defendants are citizens of different states, and the amount in controversy between Cincinnati and these defendants exceeds $75,000 exclusive of interest and costs.

14. This Court has supplemental jurisdiction of Cincinnati's claims against all Third-Party Defendants, including Starla Mangold, Rene Lagemann, Beryl Wilder, Chad Mitchell, Francis Murphy and Nicole Waterford, under U.S.C. §1367(a) because Cincinnati's claims against these Third-Party Defendants are so related to claims in this action within this Court's original jurisdiction under 28 U.S.C. §1332 that they form part of the same case or controversy under Article III of the United States Constitution.

## ALLEGATIONS

15. On March 26, 2010, Plaintiff The College Network, Inc. (TCN) filed a Complaint against Defendant and Third-Party Plaintiff Cincinnati alleging that ten of its former sales representatives, as described in Exhibit B to the Complaint, had been paid excess commissions totaling more than $500,000.00 by TCN as the result of the

misconduct of Third-Party Defendant Shannon Greene (Greene), and that neither the recipients of such excess commission payments nor Greene had repaid TCN despite TCN's demand for repayment. A copy of TCN's Complaint is attached hereto as Exhibit 1.

16. As the result of the failure of Third-Party Defendants to repay the excess commissions as described in Exhibit B to the Complaint as demanded by Plaintiff TCN, TCN presented an insurance claim to Defendant and Third-Party Plaintiff Cincinnati under the terms of TCN's Employee Dishonesty Coverage. A copy of the relevant portion of TCN's policy is attached to TCN's Complaint as Exhibit A. A copy of TCN's sworn Proof of Loss supporting its claim is attached to TCN's Complaint as Exhibit C.

17. Based upon information and belief, Third-Party Defendant Gene Murden is Sales Representative number 7 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Murden has a duty to repay $161,221.38 in excess commissions received to Plaintiff TCN.

18. Based upon information and belief, Third-Party Defendant Clyde Gebauer is Sales Representative number 4 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Gebauer has a duty to repay $101,623.59 in excess commissions received to Plaintiff TCN.

19. Based upon information and belief, Third-Party Defendant Damon Luster is Sales Representative number 5 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Luster has a duty to repay $83,371.80 in excess commissions received to Plaintiff TCN.

20. Based upon information and belief, Third-Party Defendant Chad Radt is Sales Representative number 3 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Radt has a duty to repay $80,520.32 in excess commissions received to Plaintiff TCN.

21. Based upon information and belief, Third-Party Defendant Starla Mangold is Sales Representative number 10 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Mangold has a duty to repay $35,193.89 in excess commissions received to Plaintiff TCN.

22. Based upon information and belief, Third-Party Defendant Rene Lagemann is Sales Representative number 9 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Lagemann has a duty to repay $27,385.30 in excess commissions received to Plaintiff TCN.

23. Based upon information and belief, Third-Party Defendant Nicole Waterford is Sales Representative number 8 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Waterford has a duty to repay $18,086.27 in excess commissions received to Plaintiff TCN.

24. Based upon information and belief, Third-Party Defendant Beryl Wilder is Sales Representative number 1 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Wilder has a duty to repay $9,899.17 in excess commissions received to Plaintiff TCN.

25. Based upon information and belief, Third-Party Defendant Chad Mitchell is Sales Representative number 2 listed on Exhibit B to TCN's Complaint. According to

Exhibit B, Third-Party Defendant Mitchell has a duty to repay $2,646.83 in excess commissions received to Plaintiff TCN.

26. Based upon information and belief, Third-Party Defendant Francis Murphy is Sales Representative number 6 listed on Exhibit B to TCN's Complaint. According to Exhibit B, Third-Party Defendant Murphy has a duty to repay $1,053.13 in excess commissions received to Plaintiff TCN.

27. Under the terms of Plaintiff TCN's insurance contract attached to the Complaint as Exhibit A and under the common law of Indiana, if judgment is entered in favor of Plaintiff TCN against Defendant and Third-Party Plaintiff Cincinnati, Third-Party Plaintiff Cincinnati is entitled to recover from Third-Party Defendant Greene the full amount of such judgment and a judgment against the other Third-Party Defendants in an amount equal to the amount of excess commissions received by such Third-Party Defendants that is included in any judgment entered against Third-Party Plaintiff Cincinnati in this action.

WHEREFORE, Defendant and Third-Party Plaintiff Cincinnati Insurance Company demands judgment against:

1) Third-Party Defendant Shannon Greene in an amount equal to any judgment entered in favor of Plaintiff The College Network, Inc. against Defendant Cincinnati as the result of her misconduct, together with interest, costs and such other relief as Third-Party Plaintiff Cincinnati may be entitled; and

2) Third-Party Defendants Gene Murden, Clyde Gebauer, Chad Radt, Damon Luster, Starla Mangold, Rene Lagemann, Beryl Wilder, Chad

Mitchell, Francis Murphy and Nicole Waterford in an amount equal to any judgment entered in favor of Plaintiff The College Network, Inc. against Defendant Cincinnati as the result of such Third-Party Defendants' failure to repay excess commissions received from Plaintiff The College Network, Inc. as the result of Third-Party Defendant Shannon Greene's misconduct, together with interest, costs and such other relief as Third-Party Plaintiff Cincinnati may be entitled.

/s/ William H. Woods
William H. Woods, Trial Attorney (Ohio #0006748)
Jonathan M. Bryan (Ohio #0065032), *pro hac vice*
McNamara and McNamara, L.L.P.
88 East Broad Street, Suite 1250
Columbus, OH 43215
Phone: (614) 228-6131
Fax: (614) 228-6126
E-mail: whwoods@mcnamaralaw.us
E-mail: jmbryan@mcnamaralaw.us
-and-
Jon K. Stowell (#18183-03)
Law Office
The Cincinnati Insurance Companies
Market Square Center, Suite 1130
151 North Delaware
Indianapolis, IN 46204
Phone: (317) 632-7146
Fax: (317) 632-7156
E-mail: jon_stowell@staffdefense.com
*Counsel for Defendant*
*Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22nd, 2010, a copy of the foregoing Amended Third-Party Complaint of Defendant and Third-Party Plaintiff Cincinnati Insurance Company Against Third-Party Defendants Shannon Greene, Gene Murden, Clyde Gebauer, Chad Radt, Damon Luster, Starla Mangold, Rene Lagemann, Beryl Wilder, Chad Mitchell, Francis Murphy and Nicole Waterford was filed electronically.  Notice of this filing will be sent to all parties indicated on the electronic filing receipt by operation of the court's electronic filing system.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

Thomas A. Brodnik
tbrodnik@dtblegal.com
John J. Moore
jmoore@dtblegal.com
Anthony Ratliff
aratliff@dtblegal.com
Doninger Tuohy & Bailey LLP
Counsel for Plaintiff
The College Network, Inc.

J. David Young
JDYJD@aol.com
Law Offices of J. David Young
Counsel for Third-Party Defendant
Starla Mangold

Molly C. Johnson
molly@mojolawoffice.com
Counsel for Third-Party Defendant
Chad Radt

Jeffrey S. McQuary
jmcquary@brown-tompkins-lory.com
Brown Tompkins Lory
Counsel for Third-Party Defendant
Clyde O. Gebauer

Francis Murphy
3456 Van Wie Drive East
Baldwinsville, NY 43027

Gene Murden
41641 Carol Terrace
Fremont, CA 94538

Rene Lagemann
5286 East Bayfront Court
Monticello, IN 47960

Shannon Greene
5306 Patterson Street
Indianapolis, IN 46208

Chad Mitchell
60 Walnut Bend Cove
Arlington, TN 38002

Damon Luster
14687 Juliana Avenue
Eastpointe, MI 48021

Nicole Waterford
815 Frost Road, #1403
Streetsboro, OH 44241

Beryl Wilder
Address Unknown

      /s/ William H. Woods
      William H. Woods, Trial Atty. (Ohio #0006748)